UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH E. LOHMAN, <br> JULIANNE O. LOHMAN, <br><br> Plaintiffs, <br><br> v. <br><br> USAA GENERAL INDEMNITY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:17-cv-01161-RLY-TAB <br> ) <br> ) <br> ) <br> ) |

MINUTE ENTRY FOR JANUARY 23, 2018
SETTLEMENT CONFERENCE
HON. DAVID E. JONES, MAGISTRATE JUDGE

The parties appeared in person and by counsel for a settlement conference. Settlement was not achieved.

Dated: 01/24/2018                    /s/ Magistrate Judge David E. Jones, sitting by designation

Distribution:
Electronically distributed to all
registered counsel of record via CM/ECF.